

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| COUNTY OF EL PASO, | § | No. 08-23-00173-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th Judicial District Court |
| JUANA M. AVILA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2015DCV1531) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF MARCH 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.